AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **DELAWARE**

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| Yolanda Bleen | Case Number: CR 06-98 (SLR) |
| Bear, DE | |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building | Magistrate Ctrm # 6C, 6th Floor |
| 844 North King Street | |
| Wilmington, Delaware 19801 | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | September 28, 2006 at 1:00 P.M. |

** Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __641__

Brief description of offense:

EMBEZZLE, STEAL, PURLOIN AND CONVERT MONEY FROM THE SOCIAL SECURITY ADMINISTRATION

FILED
2006 SEP 20 AM 9:25
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Evette Watson_, Deputy Clerk       September 15, 2005 in Wilmington, DE
Signature of Issuing Officer                  Date

Peter T. Dalleo, Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date<br>Service was made by me |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: Cert. Mail

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned ____9-19-06____
         Date

_D W Thomas_
Name of United States Marshal

_BT Fahey_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

