IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-098-SLR |
| | ) | |
| YOLANDA BLEEN, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 16th day of November, 2006,

IT IS ORDERED that a telephonic status conference is scheduled for **Monday, November 27, 2006** at **1:30 p.m.**, with the court initiating said call.

United States District Judge