IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. A. No. 06-98-SLR |
| | : | |
| YOLANDA BLEEN | : | |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney David L. Hall and enter the appearance of Assistant United States Attorney Ilana Eisenstein as counsel of record for the government in the above-captioned case.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                              By:   /s/ Ilana H. Eisenstein
                                        Ilana H. Eisenstein
                                        Assistant United States Attorney

Dated: November 22, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. A. No. 06-98-SLR |
| | : | |
| YOLANDA BLEEN | : | |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on November 22, 2006, I electronically filed:

### Substitution of Counsel

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eleni Kousoulis
Assistant Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　　　　　/s/Jennifer Brown
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer Brown