IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-098-SLR |
| | ) |
| YOLANDA BLEEN, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 27th day of November, 2006,

IT IS ORDERED that a telephonic status conference is scheduled for **Thursday, January 4, 2007** at **10:00 a.m.**, with the court initiating said call.

IT IS FURTHER ORDERED that the time between this order and the **January 4, 2007** teleconference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

_____
United States District Judge