Filed in open cart
FMT 1/4/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-98-SLR |
| | ) |
| YOLANDA BLEEN, | ) |
| | ) |
| Defendant. | ) |

## SUPERSEDING INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

From in or about June, 2001, to in or about March 2004, in the State and District of Delaware, YOLANDA BLEEN, defendant herein, did knowingly and willfully embezzle, steal, purloin, and covert to her own use, money, of the Social Security Administration, an agency and department of the United States, by repeatedly double negotiating benefit checks, in violation of Title 18, United States Code, Section 641.

COLM F. CONNOLLY
United States Attorney

By: /s/
Ilana H. Eisenstein
Assistant United States Attorney

Dated: December 29, 2006