*Filed in open court*
*FmT 1/4/07*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. A. No. 06-98-SLR |
| | : | |
| YOLANDA BLEEN | : | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, and hereby moves this Court to dismiss Count One of the Indictment pursuant to the Memorandum of Plea Agreement dated January 4, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: December 29, 2006

SO ORDERED this __4th__ day of __January__, 2007.

_____
Honorable Sue L. Robinson
Chief United States District Judge